# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Mon Cheri Bridals, LLC | ) | | |
|---|---|---|---|
| | ) | | |
| v. | ) | Case No. | 19-cv-2362 |
| | ) | | |
| Does 1-464 | ) | Judge: | Hon. Jorge L. Alonso |
| | ) | | |
| | ) | Magistrate: | Hon. Young B. Kim |
| | ) | | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 20 | BessDress | A034ZDE8FLXSKN4 |
| 24 | BridalAffair | A1CLBOTJEUZOEY |
| 44 | Fannydress | A3UP8BH3G61SUB |
| 49 | Flosluna | https://storenvy.com/stores/1131888-flosluna |
| 52 | hrtshopping | 590d37e24b5a4721d4d479d5 |
| 54 | hwq | 593e6018e4154f7b1bb723ad |
| 80 | Meaningful | A2IB5P599KU0K |
| 109 | Special Bridal Wedding | A3MZZKNQBD25OD |
| 129 | YuNuo Dresses | AKLMVMUCBMN1L |
| 159 | boutique_fashion | 562f8afe131ed117c44e0097 |
| 266 | jing.dress | ALSY46QTYRQLA |
| 284 | liangjinsmkj | AHXAIK53RSIHJ |

dismisses them from the suit with prejudice.

Dated this 12th Day of August, 2019.     Respectfully submitted,

By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

2

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com