IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Mon Cheri Bridals, LLC | ) | | |
|---|---|---|---|
| | ) | | |
| v. | ) | Case No. | 19-cv-2362 |
| | ) | | |
| Does 1-464 | ) | Judge: | Hon. Jorge L. Alonso |
| | ) | | |
| | ) | Magistrate: | Hon. Young B. Kim |
| | ) | | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 15 | BONBETE BRIDAL | 840030-bonbete-bridal |
| 23 | Bridal Mall | A3TE2FMJZ92K1F |
| 33 | Dobelove | AKLRAA6WYYDHY |
| 77 | lovedressverymuch | 557c2d285c8a3419ec599f49 |
| 86 | NewFex | ACZDZAA3UU1JU |
| 101 | Rudina Wedding Dress | A30UE28UKKPO7B |
| 103 | Scarisee | A1OC3D18O1737R |
| 118 | VDGTERW | A1VAQPYIUCHG8F |
| 125 | XingMeng | AB7K3MFREM821 |
| 294 | ludianmiao99 | 5857a0b6ef56284263a5954c |
| 389 | szzheng102 | 59239576980a342e6dcb8290 |
| 425 | https://www.wish.com/merchant/yinyin | 58534f7c79b45e0b52ad2aa3 |
| 428 | ymddong | 593763a99dc28c2da4c413ac |
| 431 | https://www.wish.com/merchant/yunchao | 5796e4f5ca8e8202f059ca15 |
| 432 | zhangshihao157 | 5a6dc8ffe2b88b1b7355c2d5 |

dismisses them from the suit with prejudice.

Dated this 16th Day of September, 2019.      Respectfully submitted,

By:    <u>s/David Gulbransen/</u>
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com