IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mon Cheri Bridals, LLC )
)
v. ) Case No. 19-cv-2362
)
Does 1-464 ) Judge: Hon. Jorge L. Alonso
)
) Magistrate: Hon. Young B. Kim
)

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 53 | htswedding | 57fccbba196a793f002bad5a |
| 74 | langweigarmenttradingcoltd | 5438c97c90c776265b2e24a7 |
| 112 | qianshanwanyuanqimao | 564bd2e9d4edf311433f466f |
| 164 | caiaiwedding | 581dd299e28cba4d0584a60b |
| 193 | dvfdgf | 58c259fdca6f9a5074416dc8 |
| 240 | hanqidress180 | 5b629265299c7e3db17cf86d |
| 275 | juybsabar | 583155a70d446310bcfe9f52 |
| 283 | laoyiren | 59ca0a1f15da072e0f66d3e2 |
| 296 | hangzhoulangweigarmenttradingcoltd | 542a1d72ebff483c1ad0c8b3 |
| 304 | mensher | 5988614d9fbc517e603c4626 |
| 350 | qq888 | 582949b4fef40931187c4308 |
| 356 | roly | 597360c660b5b24cddb7ab68 |
| 364 | shafa | 57458e1963a7355e90fc6e7a |
| 391 | terbuer | 575cfe470551415caa5505b5 |
| 415 | wmenplussize | 5a2f4a7d12fa1c097e3df207 |
| 21 | BessWedding | A1P6HXRYMADBBX |
| 108 | smartree | 57862a0a94bcf1439ce281fe |
| 441 | adasbridal | A2V2BL6SSQOBO9 |

dismisses them from the suit with prejudice.

Dated this 23rd Day of October 2019.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:　　s/David Gulbransen/
　　　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　David Gulbransen (#6296646)
　　　　　　　　　　　　　　　　　　　　　　Law Office of David Gulbransen
　　　　　　　　　　　　　　　　　　　　　　805 Lake Street, Suite 172
　　　　　　　　　　　　　　　　　　　　　　Oak Park, IL 60302
　　　　　　　　　　　　　　　　　　　　　　(312) 361-0825 p.
　　　　　　　　　　　　　　　　　　　　　　(312) 873-4377 f.
　　　　　　　　　　　　　　　　　　　　　　david@gulbransenlaw.com