IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Mon Cheri Bridals, LLC | ) | | |
|---|---|---|---|
| | ) | | |
| v. | ) | Case No. | 19-cv-2362 |
| | ) | | |
| Does 1-464 | ) | Judge: | Hon. Jorge L. Alonso |
| | ) | | |
| | ) | Magistrate: | Hon. Young B. Kim |
| | ) | | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 84 | NaXY | A124L8E787RZXP |
| 92 | Pandaie | A4G7UWOS3YYH0 |
| 94 | Promworld | A1VRLLUIFTQ7A0 |
| 111 | Taueryu | A1VFK1WMHQLVF |
| 295 | luokadress | A2FQWCUVHF4HO4 |

dismisses them from the suit with prejudice.

Dated this 8th Day of November 2019.            Respectfully submitted,


By:      s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com