# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Mon Cheri Bridals, LLC )
)
v. ) Case No. 19-cv-2362
)
Does 1-464 ) Judge: Hon. Jorge L. Alonso
)
) Magistrate: Hon. Young B. Kim
)

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|-----|------------|-------------|
| 336 | partydressd89ce7acc03911e6bfb206da0be1a17e | 584e4d08955ab14d31ee3e25 |

dismisses them from the suit with prejudice.

Dated this 27th Day of January 2020.           Respectfully submitted,


By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com